Harris County Docket Sheet

# 2015-07627

**COURT:**   215th
**FILED DATE:**   2/10/2015
**CASE TYPE:**   Insurance



### SHERRINGTON, BARBARA

Attorney: DALY, RICHARD D.

### VS.

### ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

Attorney: HIGGINS, ROGER D.

| Docket Sheet Entries | |
| --- | --- |
| Date | Comment |



EXHIBIT
B

**HCDistrictclerk.com**     SHERRINGTON, BARBARA vs. ALLSTATE VEHICLE     3/20/2015
AND PROPERTY INSURANCE COMPANY
Cause: 201507627     CDI: 7     Court: 215

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | | | |
|---|---|---|---|
| **File Date** | 2/10/2015 | **Court** | 215th |
| **Case (Cause) Location** | Civil Intake 1st Floor | **Address** | 201 CAROLINE (Floor: 13) HOUSTON, TX 77002 Phone:7133686330 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | Insurance | **JudgeName** | ELAINE H PALMER |
| **Next/Last Setting Date** | 5/4/2015 | **Court Type** | Civil |
| **Jury Fee Paid Date** | 3/16/2015 | | |

COURT DETAILS

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| SHERRINGTON, BARBARA | PLAINTIFF - CIVIL | | DALY, RICHARD D. |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | DEFENDANT - CIVIL | | HIGGINS, ROGER D. |
| THROUG ITS REGISTERED AGENT, DALLAS, TX 75201 | | | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY BY SERVING ITS | REGISTERED AGENT | | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 3/16/2015 | ANSWER | | | 0 | | HIGGINS, ROGER D. | ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY |
| 3/16/2015 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 2/10/2015 | ORIGINAL PETITION | | | 0 | | DALY, RICHARD D. | SHERRINGTON, BARBARA |

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|---|---|---|---|---|---|---|
| 5/04/2015 08:30 AM | 215 | Trial Coordinators Docket | COURT SCHEDULING ORDER | | | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY BY SERVING ITS | 2/10/2015 | 2/11/2015 | 2/20/2015 | | | 73102313 | CONST 1 JACK F. ABERCIA |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 64700001 | Case Management Notice | | 03/20/2015 | 2 |
| 64646315 | DEFENDANT'S ORIGINAL ANSWER AND JURY DEMAND | | 03/16/2015 | 2 |
| 64455784 | Citation (Certified) | | 02/27/2015 | 4 |
| 64188633 | Plaintiff's Original Petition | | 02/10/2015 | 19 |
| 64188635 | Civil Case Information Sheet | | 02/10/2015 | 1 |

2/10/2015 4:35:09 PM
Chris Daniel - District Clerk Harris County
Envelope No. 4097713
By: Charlie Tezeno
Filed: 2/10/2015 4:35:09 PM

# 2015-07627 / Court: 215

CAUSE NO._____

| | | |
|---|---|---|
| BARBARA SHERRINGTON | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY | § | |
| | § | _____ JUDICIAL DISTRICT |
| Defendant | § | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Barbara Sherrington ("Ms. Sherrington"), Plaintiff herein, files this Original Petition against Defendant Allstate Vehicle and Property Insurance Company ("Allstate") and, in support of her causes of action, would respectfully show the Court the following:

### I.
### THE PARTIES

1.      Barbara Sherrington is a Texas resident who resides in Harris County, Texas.

2.      Allstate is an insurance company doing business in the State of Texas which may be served through its registered agent for service of process in the State of Texas, CT Corporation System, via certified mail at 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136.

### II.
### DISCOVERY

3.      This case is intended to be governed by Discovery Level 2.

### III.
### CLAIM FOR RELIEF

4.      The damages sought are within the jurisdictional limits of this court.  Plaintiff currently seeks monetary relief over $100,000 but not more than $200,000, including damages of

any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees. However, to the extent that Defendant refuses to cooperate in discovery, makes frivolous and unwarranted objections, files needless motions, quashes depositions and discovery requests without a reasonable basis, asserts unjustified or false affirmative defenses, makes unwarranted special exceptions, hires individuals they claim to be "experts" who give false opinions or testimony, produces witnesses who commit perjury, conducts excessive discovery, or otherwise needlessly delays litigation, the costs, expenses, interest, and attorney's fees will likely be over $200,000 but not more than $1,000,000.

## IV.
## JURISDICTION AND VENUE

5.     This court has subject matter jurisdiction of this cause of action because it involves an amount in controversy in excess of the minimum jurisdictional limits of this Court. No diversity of citizenship exists in this matter.

6.   .   Venue is proper in Harris County under Tex. Civ. Prac. & Rem. Code §15.002(a)(1) because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County. In particular, the loss at issue occurred in Harris County.

## V.
## FACTUAL BACKGROUND

7.     Ms. Sherrington is a named insured under a property insurance policy issued by Allstate.

8.     On or about October 27, 2014 a storm hit the Cypress, Texas area, damaging Ms. Sherrington's house and other property.   Ms. Sherrington subsequently filed a claim on her insurance policy.

9.     Defendant improperly denied and/or underpaid the claim.

Case 4:15-cv-00751   Document 1-2   Filed in TXSD on 03/23/15   Page 6 of 30

10.     The adjuster assigned to the claim conducted a substandard investigation and inspection of the property, prepared a report that failed to include all of the damages that were observed during the inspection, and undervalued the damages observed during the inspection.

11.     This unreasonable investigation led to the underpayment of Plaintiff's claim.

12.     Moreover, Allstate performed an outcome-oriented investigation of Plaintiff's claim, which resulted in a biased, unfair and inequitable evaluation of Plaintiff's losses on the property.

## VI.
## CAUSES OF ACTION

13.     Each of the foregoing paragraphs is incorporated by reference in the following:

**A.     Breach of Contract**

14.     Allstate had a contract of insurance with Plaintiff.  Allstate breached the terms of that contract by wrongfully denying and/or underpaying the claim and Plaintiff was damaged thereby.

**B.     Prompt Payment of Claims Statute**

15.     The failure of Allstate to pay for the losses and/or to follow the statutory time guidelines for accepting or denying coverage constitutes a violation of Article 542.051 *et seq.* of the Texas Insurance Code.

16.     Plaintiff, therefore, in addition to Plaintiff's claim for damages, is entitled to 18% interest and attorneys' fees as set forth in Article 542.060 of the Texas Insurance Code.

**C.     Bad Faith/DTPA**

17.     Defendant is required to comply with Chapter 541 of the Texas Insurance Code.

18.     Defendant violated § 541.051 of the Texas Insurance Code by:

        (1)     making statements misrepresenting the terms and/or benefits of the policy.

3

19.     Defendant violated § 541.060 by:

(1)     misrepresenting to Plaintiff a material fact or policy provision relating to coverage at issue;

(2)     failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability had become reasonably clear;

(3)     failing to promptly provide to Plaintiff a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim;

(4)     failing within a reasonable time to affirm or deny coverage of a claim to Plaintiff or submit a reservation of rights to Plaintiff; and

(5)     refusing to pay the claim without conducting a reasonable investigation with respect to the claim;

20.     Defendant violated § 541.061 by:

(1)     making an untrue statement of material fact;

(2)     failing to state a material fact necessary to make other statements made not misleading considering the circumstances under which the statements were made;

(3)     making a statement in a manner that would mislead a reasonably prudent person to a false conclusion of a material fact;

(4)     making a material misstatement of law; and

(5)     failing to disclose a matter required by law to be disclosed.

21.     At all material times hereto, Plaintiff was a consumer who purchased insurance products and services from Defendant.

22. Defendant has violated the Texas Deceptive Trade Practices Act in the following respects:

(1) Defendant represented that the agreement confers or involves rights, remedies, or obligations which it does not have, or involve, or which are prohibited by law;

(2) Allstate failed to disclose information concerning goods or services which was known at the time of the transaction when such failure to disclose such information was intended to induce the consumer into a transaction that the consumer would not have entered into had the information been disclosed;

(3) Allstate, by accepting insurance premiums but refusing without a reasonable basis to pay benefits due and owing, engaged in an unconscionable action or course of action as prohibited by the DTPA § 17.50(a)(1)(3) in that Allstate took advantage of Plaintiff's lack of knowledge, ability, experience, and capacity to a grossly unfair degree, that also resulted in a gross disparity between the consideration paid in the transaction and the value received, in violation of Chapter 541 of the Insurance Code.

23. Defendant knowingly committed the acts complained of. As such, Plaintiff is entitled to exemplary and/or treble damages pursuant to the DTPA and Texas Insurance Code § 541.152(a)-(b).

**D. Attorneys' Fees**

24. Plaintiff engaged the undersigned attorney to prosecute this lawsuit against Defendant and agreed to pay reasonable attorneys' fees and expenses through trial and any appeal.

25. Plaintiff is entitled to reasonable and necessary attorney's fees pursuant to TEX. CIV. PRAC. & REM. CODE §§ 38.001-38.003 because she is represented by an attorney,

presented the claim to Defendant, and Defendant did not tender the just amount owed before the expiration of the 30th day after the claim was presented.

26.    Plaintiff further prays that she be awarded all reasonable attorneys' fees incurred in prosecuting her causes of action through trial and any appeal pursuant to Sections 541.152 542.060 of the Texas Insurance Code.

## VII.
## CONDITIONS PRECEDENT

27.    All conditions precedent to Plaintiff's right to recover have been fully performed, or have been waived by Defendant.

## VIII.
## DISCOVERY REQUESTS

28.    Pursuant to Rule 194, you are requested to disclose, within fifty (50) days after service of this request, the information or material described in Rule 194.2(a)-(l).

29.    You are also requested to respond to the attached interrogatories, requests for production, and requests for admissions within fifty (50) days, in accordance with the instructions stated therein.

## IX.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Barbara Sherrington prays that, upon final hearing of the case, she recover all damages from and against Defendant that may reasonably be established by a preponderance of the evidence, and that Ms. Sherrington be awarded attorneys' fees through trial and appeal, costs of court, pre-judgment interest, post-judgment interest, and such other and further relief, general or special, at law or in equity, to which Ms. Sherrington may show herself to be justly entitled.

6

Respectfully submitted,

DALY & BLACK, P.C.

By: _____ /s/ Richard D. Daly _____
        Richard D. Daly
        TBA No. 00796429
        rdaly@dalyblack.com
        John Scott Black
        TBA No. 24012292
        jblack@dalyblack.com
        Ana M. Ene
        TBA No. 24076368
        aene@dalyblack.com
        Matthew Worrall
        TBA No. 24070883
        mworrall@dalyblack.com
        2211 Norfolk St., Suite 800
        Houston, Texas 77098
        713.655.1405—Telephone
        713.655.1587—Fax

ATTORNEYS FOR PLAINTIFF
BARBARA SHERRINGTON

7

## CIVIL CASE INFORMATION SHEET

2/10/2015 4:35:09 PM
Chris Daniel - District Clerk
Harris County

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____   COURT *(FOR CLERK USE ONLY)*: Envelope No: 4097713

2015-07627 / Court: 215

STYLED BARBARA SHERRINGTON VS. ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
By: TEZENO, CHARLIE
Filed: 2/10/2015 4:35:09 PM

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** Richard D. Daly    **Email:** rdaly@dalyblack.com | **Plaintiff(s)/Petitioner(s):** BARBARA SHERRINGTON | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| **Address:** 2211 Norfolk St, Ste 800    **Telephone:** 713.655.1405 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:** Houston, TX 77098    **Fax:** 713.655.1587 | **Defendant(s)/Respondent(s):** ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | **Custodial Parent:** _____<br>**Non-Custodial Parent:** _____ |
| **Signature:** /s/ Richard D. Daly    **State Bar No:** 00796429 | [Attach additional page as necessary to list all parties] | **Presumed Father:** _____ |

### 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☒ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract: ____<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: ____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability:<br>____<br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product:<br>____<br>☐ Other Injury or Damage:<br>____ | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br>____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order |
| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| | | ☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus— Pre-indictment<br>☐ Other: ____ | ☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: ____ | ☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: ____ |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: ____ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: ____ | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: ____ | | |

### 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

### 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☒ Over $100, 000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

CERTIFIED MAIL BY CONSTABLE                          P4

CONFIRMED FILE DATE: 2/27/2015

CAUSE NO  201507627          SBM# JU410935
_ TR# 7190 1037 6610 0000 6489

RECEIPT NO                    75 00        CO1
               **********              TR # 73102313
PLAINTIFF  SHERRINGTON, BARBARA              In The  215th
      vs                                      Judicial District Court
DEFENDANT  ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY    of Harris County, Texas
                                              215TH DISTRICT COURT
                                              Houston, TX

                    CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

                                              FILED
                                              FEB 27 2015

TO  ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY BY SERVING ITS
    REGISTERED AGENT CT CORPORATION SYSTEM
    1999 BRYAN STREET SUITE 900  DALLAS TX 752013136

     Attached is a copy of PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE REQUEST FOR
PRODUCTION REQUEST FOR ADMISSIONS AND INTERROGATORIES

This instrument was filed on the 10th day of February, 2015, in the above cited cause number
and court  The instrument attached describes the claim against you

     YOU HAVE BEEN SUED.  You may employ an attorney   If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
     This citation was issued on 11th day of February, 2015, under my hand and
seal of said Court                           Chris Daniel

Issued at request of           CHRIS DANIEL, District Clerk
DALY, RICHARD D                Harris County, Texas
2211 NORFOLK ST SUITE 800      201 Caroline      Houston, Texas 77002
HOUSTON, TX 77098              (P O  Box 4651, Houston, Texas 77210)
Tel  (713) 655-1405
Bar No  796429                 GENERATED BY TEZENO, CHARLIE  CMA//10027132

                      CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy  of  this  citation  together  with  an  attached  copy  of
 PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE REQUEST FOR
to the following addressee at address

_____         _____
                                          ADDRESS

_____          Service was executed in accordance with Rule 106(a)
ADDRESSEE                                 (2) TRCP, upon the Defendant as evidenced by the
                                          return receipt incorporated herein and attached
                                          hereto at _____

____ ____ ____ __ __ __ __ __ __ __      on ____ day of _____, _____,
                                          by U S  Postal delivery to _____
                                          _____

                                          This citation was not executed for the following
                                          reason _____
                                          _____

                                          CHRIS DANIEL, District Clerk
                                          HARRIS COUNTY, T E X A S

                                          By _____, Deputy

RECORDER S MEMORANDUM
This instrument is of poor quality
at the time of imaging

N INT CITM P



# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

OFFICER'S RETURN FOR CERTIFIED MAIL

Received this CITATION, case # 201507627  on the 12TH day of FEBRAURY 2015 at 1 23 P M

Executed at 1999 BRYAN STREET SUITE 900 DALLAS TX 752013136 by mailing to the within name

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY BY SERVING ITS REG AGENT CT

CORPORATION SYSTEM and by delivering to CHRIS WELLS on the 20TH day of FEBRUARY 2015 BY

REGISTERED/CERTIFIED MAIL WITH DELIVERY RESTRICTED TO ADDRESSEE ONLY, a true copy of this

Citation together with a copy of PLAINTIFF'S ORIGINAL PETITION

FEE   $75 00

ALAN ROSEN, CONSTABLE
PCT #1, HARRIS COUNTY TX

DEPUTY _____ 174

FILED
Chris Daniel
District Clerk
FEB 2 7 2015
Harris County, Texas
By_____ Deputy

---

MAIN OFFICE  County Courthouse Annex # 2
1302 Preston 3rd Floor, Houston, TX 77002 Ph (713) 755-5200

PATROL OFFICE  County Courthouse Annex #31
7300 N Shepherd Suite 120, Houston, TX 77091 Ph (713) 697-3600

 **UNITED STATES**
**POSTAL SERVICE.**

Date Produced  02/23/2015

HARRIS COUNTY CONSTABLE PCT 1

The following is the delivery information for Certified Mail™ item number 7190 1037
6610 0000 6489  Our records indicate that this item was delivered on 02/20/2015 at
09 19 a m  in DALLAS, TX 75201  The scanned image of the recipient information is
provided below

Signature of Recipient


Address of Recipient


Thank you for selecting the Postal Service for your mailing needs   If you require
additional assistance, please contact your local post office or Postal Service
representative

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United
States Postal Service  It is solely for customer use

Customer Reference Number  201507627

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Receipt**

103 NO 141572

# CHRIS DANIEL DISTRICT CLERK

Action  Insurance

Style  PLT  SHERRINGTON  BARBARA
       DEF  ALLSTATE VEHICLE AND PROPERTY INSURANCE

Case 201507627 7      Trans ID 208074458      Court 215

| Fee | Description | Amount |
|-----|-------------|--------|
| 100 | FILING NEW CASE | $50 00 |
| 121 | CITATION WITH 1 COPY | $8 00 |
| 175 | DISTRICT COURT RECORDS ARCHIVE FEE | $10 00 |
| 176 | DIGITAL REC PRESERVATION FEE | $10 00 |
| 178 | ELECTRONIC FILING FEE  STATE | $20 00 |
| 179 | ELECTRONIC FILING FEE  DCO | $2 00 |
| 195 | SECURITY SERVICE FEE | $5 00 |
| 198 | DIST CLK RECORDS MGMT & PRES FEE | $5 00 |
| 199 | RECORD PRESERVATION FEE | $5 00 |
| 298 | SERVICE COPIES | $4 75 |
| 350 | CONST PERSONAL SERVICE | $75 00 |
| 378 | CONST CERTIFIED MAIL | $15 00 |
| 450 | JUDICIAL FILING FEE  CIVIL | $50 00 |
| 452 | LEGAL SRVCS FEE CIVIL/DIST | $10 00 |
| 453 | SUPPORT OF JUDICIARY FEE | $42 00 |
| 475 | LAW LIBRARY | $15 00 |
| 525 | STENO FEE | $15 00 |
| 601 | DISPUTE RESOLUTION FEE | $10 00 |
| 775 | APPELLANT JUDICIAL FUND | $5 00 |

Payment  Texas gov Mastercard      31376/1/2018                $356 75
Amount Tendered                                                $356 75

Payment Amount                                                 $356 75
Amount Applied                                                 $356 75
Change Amount                                                  $0 00

Received       Daly & Black PC                 I0018842
Of             2211 Norfolk St  Suite 517
               Houston  TX  77098

THREE HUNDRED FIFTY SIX  AND 75/100 *************************Dollars

Payment Date 2/11/2015                 File Date 2/10/2015

Customer Signature  _____

Assessed By TEZENO  CHARLIE
Validated 2/11/2015      By SYSTEM GENERATED Texas gov 103

Comment  Envelope number  4097713  0

FILED
Chris Daniel
District Clerk

FEB 2 7 2015

Harris County Texas
By_____ Deputy

3/16/2015 9:23:41 AM
Chris Daniel - District Clerk Harris County
Envelope No. 4504329
By: Charleta Johnson
Filed: 3/16/2015 9:23:41 AM

CAUSE NO. 2015-07627

| | | |
|---|---|---|
| BARBARA SHERRINGTON, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | 215th JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Allstate Vehicle and Property Insurance Company and files this Original Answer to Plaintiff's Original Petition, and would respectfully show unto the Court the following:

### I.
### ORIGINAL ANSWER

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every, all and singular, the allegations contained within Plaintiff's Original Petition, and demands strict proof thereon by a preponderance of the credible evidence in accordance with the Constitution and laws of the State of Texas.

### II.
### JURY DEMAND

Defendant hereby makes a demand for a trial by jury and tenders the appropriate fee.

### III.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Allstate Vehicle and Property Insurance Company prays that upon final trial and hearing hereof, Plaintiff recovers nothing from

Defendant, but Defendant go hence without delay and recovers costs of court and other such further relief, both general and special, to which Defendant may be justly entitled.

Respectfully submitted,

/s/ Roger D. Higgins
Roger D. Higgins
State Bar No. 09601500
Mark J. Jung
State Bar No. 24012934
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Telecopy: (214) 871-8209
Email: rhiggins@thompsoncoe.com
       mjung@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by electronic notice and/or facsimile to the following counsel on March 16, 2015:

Richard D. Daly
John Scott Black
Ana M. Ene
Matthew Worrall
DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
Facsimile: (713) 655-1587

/s/ Roger D. Higgins
Roger D. Higgins

---

Document Class

| PROPERTY |
|---|

Document Type

| ATTORNEY CORRESPONDENCE |
|---|

Claim Number

| 0328361134 |
|---|

Dollar Amount

| 0.00 |
|---|

Participant ID

| B9FFA68D7C826F04 |
|---|

Sent Date

| 2015-02-16T16:26:09.000-0600 |
|---|

Received Date

| 2015-02-16T15:09:40.000-0600 |
|---|

Control Number

| 00099435400040704703094080000290CA4 |
|---|

Box Number

| XD6531 |
|---|

Batch Number

| 081259;00015 |
|---|



DALY & BLACK, P.C.

February 10, 2015

Allstate Vehicle and Property Insurance Company        *Via Facsimile (847) 402-0508*
Claims Department
3075 Sanders Road, Suite H1a                            RECEIVED
Northbrook, IL 60062-7127
                                                        FEB 13 2015

    RE:   Insured:      Barbara Sherrington        HOME OFFICE CLAIMS
           Your Claim No.:  0328361134
           Policy No.:     936565021

Dear Allstate:

      This letter will serve as 60 days' notice pursuant to TEX. INS. CODE §.541.154 of Plaintiff's intent to file a claim against you under Chapter 541, Subchapter D of the Texas Insurance Code. This is only a notice under TEX. INS. CODE § 541.154, and is not a demand of any kind.

      <u>Specific complaint</u>: Ms. Sherrington made a claim under her insurance policy for damages to her home caused by a storm.

      Ms. Sherrington's home sustained extensive damages during the storm, including water intrusion which is likely to continue in the future as a result of your failure to adequately pay her claim so that she can fix her damaged home.

      You sent an adjuster to adjust the claim who was either improperly trained, or intentionally ignored the damages that were present. Moreover the adjuster failed to spend the appropriate amount of time necessary to properly identify the damages at issue. Accordingly, Ms. Sherrington has not been able to make necessary repairs to restore her home.

      You are liable to Ms. Sherrington for the following violations of the Texas Insurance Code:

      1)    Misrepresenting and/or failing to discuss with Ms. Sherrington pertinent facts or policy provisions relating to coverage as an issue, in violation of TEX. INS. CODE § 541.060(a)(1);

2)   Failing to attempt in good faith to effectuate a prompt, fair, and
     equitable settlement of a claim with respect to which your liability
     has become reasonably clear, in violation of TEX. INS. CODE §
     541.060(a)(2);

3)   Failing to promptly provide to Ms. Sherrington a reasonable
     explanation of the basis in the policy, in relation to the facts or
     applicable law, for your denial of the claim or offer of a
     compromise settlement of a claim in violation of TEX. INS. CODE
     § 541.060(a)(3);

4)   Refusing to pay the claim without conducting a reasonable
     investigation with respect to the claim in violation of TEX. INS.
     CODE § 541.060(a)(7);

5)   Misrepresenting the insurance policy by:

     a)   making an untrue statement of fact in violation of TEX.
          INS. CODE § 541.061(1);

     b)   failing to state a material fact necessary to make other
          statements made not misleading, ~considering the
          circumstances under which the statements   were made in
          violation of TEX. INS. CODE § 541.061(2);

     c)   making a statement in a manner that would mislead a
          reasonably prudent person to a false conclusion of a
          material fact in violation of TEX. INS. CODE §
          541.061(3); and

     d)   making a material misstatement of law in violation of TEX.
          INS. CODE § 541.061(4)

<u>Amount of actual damages and expenses, including attorney's fees:</u>

     1)   $ 35,885.49 in actual damages (less any amounts you paid, if any,
and any applicable deductible);

     2)   $3,900.00 (approximately) in expenses; and

     3)   $30,000.00 for attorney's fees to date

     TOTAL:   $69,785.49 to date (less any amounts paid and any applicable
deductible), plus interest.  Please note that the attorney's fees will increase as attorneys
spend time on this file, including time spent over the next 60 days.

Ms. Sherrington does not wish to litigate this matter, and would simply like to receive compensation for her damages and move on. However, if a satisfactory resolution is not reached in 60 days, Ms. Sherrington intends to file a bad faith and deceptive trade practices claim under Section 541 of the Insurance Code.

To the extent that written notice of the claim is required either under the policy, or by law, in order to be entitled to any benefit whatsoever, this letter is intended to provide such notice to the extent it has not already been adequately given.

To our knowledge, you have not asked our client to provide a proof of loss or sworn statement, or any other such documentation. If you require that or contend there is any other condition precedent, please let us know immediately, and coordinate the effort through our offices, or we will consider the failure to do so a waiver.

If you have any questions or comments, please feel free to give me a call.

Sincerely,

/s/ Richard D. Daly

Richard D. Daly

From: (847) 402-9554
Karen Green
Allstate
2775 Sanders Rd. B1S

Northbrook, IL 60062



J151015011403uv

SHIP TO: (972) 915-7928          BILL SENDER
IMAGING UNIT
ALLSTATE INSURANCE
8711 N FREEPORT PKWY MAIL ST 21

IRVING, TX 75063

Orig ID:
CAD: 100265652/INET3610

Delivery Address Bar Code



Ref #
Invoice #
PO #
Dept #



MON - 16 FEB 10:30A
PRIORITY OVERNIGHT

TRK# 7729 0864 5727
0201

SE DALA

75063
TX-US
DFW



537J1IA1B3/EE4B

Express



## House & Home Policy Declarations

Your policy effective date is July 17, 2013



You're in good hands.

Page **1** of 4

Information as of July 22, 2013

### Total Premium for the Policy Period

| | |
|---|---|
| Premium for property insured | $1,668.58 |
| Rural Volunteer Fire Department Assistance Program Surcharge | 0.63 |
| **Total** | **$1,669.21** |

### Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Protective Device | $6.36 | Responsible Payment | $93.03 |
| Multiple Policy | $188.05 | Smoke-Free | $33.01 |
| Claim Free | $99.47 | Welcome | $79.98 |
| Allstate® Easy Pay Plan | $34.06 | | |
| **Total discounts** | | | **$533.96** |

### Insured property details

Please review and verify the information regarding your insured property. Please refer to the Estimated Home Replacement Cost Important Notice (X73182) for additional coverage information. Contact us if you have any changes.

**Location of property insured:** 14418 Markhurst Dr, Cypress, TX 77429-5365

**Dwelling Style:**
Built in 1997; 1 family; 2142 sq. ft.; 1 story

**Foundation:**
100% Slab

**Attached structure:**
One 2 car - attached garage

**Interior details:**
One semi-custom kitchen        One 0 clearance fireplace
Two custom full baths

**Exterior wall type:**
100% brick veneer

**Interior wall partition:**
100% drywall

**Heating and cooling:**
Average cost heat & central air
   conditioning, 100%

**Additional details:**
Interior wall height - less than 10 ft,
   100%

**Fire protection details:**
Fire department subscription - no        2 miles to fire department

### Summary

Named Insured(s)
**Barbara Sherrington**
Mailing address
**14418 Markhurst Dr**
**Cypress TX 77429-5365**

Policy number
**829 125 485**

Your policy provided by
**Allstate Vehicle and Property Insurance Company**

Policy period
Beginning **July 17, 2013** through **July 17, 2014** at 12:01 a.m. standard time

Your Allstate agency is
**Jill Belvin**
12370 Jones Rd
Houston TX 77070
(281) 955-8909

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

*(continued)*

TX070NBD



House & Home Policy Declarations
Policy number:          829 125 485
Policy effective date:  July 17, 2013
Your Allstate agency is  Jill Belvin
                        (281) 955-8909

Page **2** of 4

---

**Insured property details (continued)**

**Roof surface material type:**
Composition
• 100% asphalt / fiberglass shingle

**Roof details:**
Predominant roof type: composition       Roof geometry - hip
Age of roof - 16 years

*Reminder about your Roof Surface Coverage:*
*Your policy provides coverage for your roof surface as described in the Roof Surfaces Endorsement, which states that we will pay for covered windstorm and/or hail damage to your roof surface according to the Roof Surfaces Payment Schedule included on the endorsement.*

**Because your composition roof is 16 years old, the percent of roof surface replacement cost currently covered for windstorm or hail damage is: 52%.**

---

**Mortgagee – None**

**Additional Interested Party – None**

## Coverage detail for the property insured

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Dwelling Protection | $237,262 | • $4,745 Windstorm and Hail<br>• $4,745 Tropical Cyclone<br>• $4,745 All other perils |
| Other Structures Protection | $47,453 | • $4,745 Windstorm and Hail<br>• $4,745 Tropical Cyclone<br>• $4,745 All other perils |
| Personal Property Protection | $154,221 | • $4,745 Windstorm and Hail<br>• $4,745 Tropical Cyclone<br>• $4,745 All other perils |
| Additional Living Expense | Up to 12 months not to exceed $94,905 | |
| Family Liability Protection | $300,000 each occurrence | |
| Guest Medical Protection | $1,000 each person | |
| Foundation Water Damage | $5,000 | |
| Roof Surfaces Extended Coverage | **Not purchased*** | |

*\* This coverage can provide you with valuable protection. Talk to your agent about the availability of this coverage and whether it meets your needs.*

*(continued)*

House & Home Policy Declarations
Policy number: 829 125 485
Policy effective date: July 17, 2013
Your Allstate agency is Jill Belvin
(281) 955-8909


Allstate.
You're in good hands.

Page **3** of 4

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Water Back-Up | $5,000 | ▪ $500 Water Back-Up |
| Building Codes | Not purchased* | |
| Building Structure Reimbursement Extended Limits | Not purchased* | |
| Building Materials Theft | Not purchased* | |
| Country Endorsement | Not purchased* | |
| Dwelling in the Course of Construction | Not purchased* | |
| Electronic Data Recovery | Not purchased* | |
| Extended Coverage on Jewelry, Watches and Furs | Not purchased* | |
| Extended Coverage on Cameras | Not purchased* | |
| Extended Coverage on Musical Instruments | Not purchased* | |
| Extended Coverage on Sports Equipment | Not purchased* | |
| Extended Premises | Not purchased* | |
| Fair Rental Income | Not purchased* | |
| Fire Department Charges | Not purchased* | |
| Golf Cart | Not purchased* | |
| Green Improvement | Not purchased* | |
| Home Day Care | Not purchased* | |
| Identity Theft Expense | Not purchased* | |
| Increased Coverage on Business Property | Not purchased* | |
| Increased Coverage on Theft of Silverware | Not purchased* | |
| Loss Assessments | Not purchased* | |
| Residence Glass | Included | |
| Secondary Residence | Not purchased* | |
| Yard and Garden | Not purchased* | |

*This coverage can provide you with valuable protection. Talk to your agent about the availability of this coverage and whether it meets your needs.*

## Scheduled Personal Property Coverage

*Your policy does not include Scheduled Personal Property Coverage. This coverage can provide you with valuable protection. Talk to your agent about availability of this coverage and whether it meets your needs.*

TX070NBD



House & Home Policy Declarations                                      Page **4** of 4
Policy number:            | 829 125 485 |
Policy effective date:    July 17, 2013
Your Allstate agency is   Jill Belvin
                          (281) 955-8909

# Your policy documents

Your House & Home policy consists of the Policy Declarations, any Policy Declarations Addendum, and the following documents. Please keep them together.

- AVPIC House & Home Policy – AVP91
- Tropical Cyclone Deductible Endorsement – APC548
- Water Back-Up Endorsement – AVP98
- Residence Glass Coverage – AVP99
- Windstorm and Hail Deductible Endorsement – AVP82
- Roof Surfaces Endorsement – AVP145

# Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶The Property Insurance Adjustment condition applies.

▶Please note: This is not a request for payment.  Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

**Allstate Vehicle and Property Insurance Company's**  Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*Steven P. Sorenson (signature)*

Steven P. Sorenson
President

*Mary J. McGinn (signature)*

Mary J. McGinn
Secretary



ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

# House & Home Policy

**TEXAS**                                                                    AVP91

Policy number
**829 125 485**

Policy effective
**July 17, 2013**

Policyholders
**Barbara Sherrington**
**14418 Markhurst Dr**
**Cypress TX 77429-5365**

Your Allstate agency is
**Jill Belvin**
**12370 Jones Rd**
**Houston TX 77070**



**Allstate Vehicle and Property Insurance Company**
**The Company Named in the Policy Declarations**
A Stock Company---Home Office: Northbrook, Illinois 60062





**Elaine H Palmer**
215TH DISTRICT COURT OF TEXAS
CIVIL COURTS BUILDING
HOUSTON TEXAS 77002
(713) 368 6330

03/20/2015

TO ALL COUNSEL OF RECORD

THE COURT HAS SET A CASE MANAGEMENT CONFERENCE FOR 8 30 A M ON
MON MAY 04,2015 REGARDING YOUR CAPTIONED CASE  PLEASE BE
PREPARED TO PREPARE AND SUBMIT AN AGREED DOCKET CONTROL ORDER LISTING
YOUR AGREED TRIAL DATE & OTHER DATES RELATING TO YOUR CASE PER
JUDGE PALMER's REQUIREMENT

**AN AGREED SCHEDULING ORDER MAY BE FILED IN LIEU OF APPEARING AT
THE CASE MANAGEMENT CONFERENCE IF AGREED DOCKET CONTROL ORDER
IS E-FILED, ATTORNEYS DO NOT NEED TO APPEAR OR CALL to CONFIRM COUNSEL
MAY EMAIL COORDINATOR TO INFORM THAT THE AGREED DCO HAS BEEN E-FILED
IF YOU DO NOT APPEAR AND A SCHEDULING ORDER IS NOT E-FILED THE COURT
WILL SIGN AN ORDER OF DISMISSAL FOR YOUR MATTER

IF YOU HAVE ANY QUESTIONS, YOU MAY CONTACT TRICIA ELLIS-GRIGGS at
713-368-6340

ELAINE H PALMER
Judge, 215TH DISTRICT COURT

CASE - 201507627       FILED - 20150210      COURT - 215th
TYPE - INSURANCE
SHERRINGTON, BARBARA VS ALLSTATE VEHICLE AND

00796429

RICHARD D DALY
2211 NORFOLK ST SUITE 800
HOUSTON TX 77098

JCVG01
Rev 12042014

CONFIRMED FILE DATE: 3/20/2015

**Elaine H Palmer**
215TH DISTRICT COURT OF TEXAS
CIVIL COURTS BUILDING
HOUSTON TEXAS 77002
(713) 368-6330

03/20/2015

TO ALL COUNSEL OF RECORD

THE COURT HAS SET A CASE MANAGEMENT CONFERENCE FOR 8 30 A M ON
MON MAY 04,2015 REGARDING YOUR CAPTIONED CASE  PLEASE BE
PREPARED TO PREPARE AND SUBMIT AN AGREED DOCKET CONTROL ORDER LISTING
YOUR AGREED TRIAL DATE & OTHER DATES RELATING TO YOUR CASE PER
JUDGE PALMER's REQUIREMENT

**AN AGREED SCHEDULING ORDER MAY BE FILED IN LIEU OF APPEARING AT
THE CASE MANAGEMENT CONFERENCE IF AGREED DOCKET CONTROL ORDER
IS E-FILED, ATTORNEYS DO NOT NEED TO APPEAR OR CALL to CONFIRM COUNSEL
MAY EMAIL COORDINATOR TO INFORM THAT THE AGREED DCO HAS BEEN E-FILED
IF YOU DO NOT APPEAR AND A SCHEDULING ORDER IS NOT E-FILED THE COURT
WILL SIGN AN ORDER OF DISMISSAL FOR YOUR MATTER

IF YOU HAVE ANY QUESTIONS, YOU MAY CONTACT TRICIA ELLIS-GRIGGS at
713-368-6340

ELAINE H PALMER
Judge, 215TH DISTRICT COURT

CASE - 201507627      FILED - 20150210      COURT - 215th
TYPE - INSURANCE
SHERRINGTON, BARBARA VS ALLSTATE VEHICLE AND

9601500

ROGER D HIGGINS
700 N PEARL ST 25FL
DALLAS, TX  752012832

JCVG01
Rev 12042014